IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Herman K. Williams, #304343, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.: 8:08-1980-TLW-BHH |
| ) | |
| Jon Ozmint, South Carolina Department ) | |
| of Corrections, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

# ORDER

The plaintiff, Herman K. Williams ("plaintiff"), proceeding *pro se*, filed this action pursuant to 28 U.S.C. § 1983. (Doc. #1). The case was referred to Magistrate Judge Bruce Howe Hendricks pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02 (B)(2)(c), DSC. The defendants filed a Motion for Summary Judgment on September 8, 2008. (Doc. #14). The plaintiff filed a Motion for Extension of Time to file a response to the defendants' motion. (Doc. #16). The Magistrate Judge granted this motion, allowing the plaintiff until December 1, 2008 to file a response to the defendants' motion. (Doc. #17). On December 4, 2008, the Magistrate Judge issued a second Order allowing the plaintiff until December 30, 2008 to file a response to the defendants' motion. (Doc. #18). The plaintiff has not filed a response.

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by the Magistrate Judge to whom this case had previously been assigned. (Doc. #19). On January 8, 2009 the Magistrate Judge issued the Report. In the Report, the Magistrate Judge recommends that the action be dismissed with prejudice for lack of prosecution. (Doc. #19). The

1

plaintiff filed no objections to the report.  Objections were due on January 26, 2009.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report.  28 U.S.C. § 636.  In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation.  For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED.**  (Doc. #19).

**IT IS SO ORDERED**.

    s/Terry L. Wooten
United States District Judge

February 13, 2009
Florence, South Carolina